BARRON LAMONT JONES 52397
Full Name/Prisoner Number

P.O. DRAWER 1328, LOS LUNAS N.M
Complete Prison Address (Place of Confinement)

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 3 2008

**MATTHEW J. DYKMAN**
**CLERK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CIV-08-0168 WJ LCS

Civil Action No. _____
*(To be supplied by the Court)*

BARRON LAMONT JONES 52397, Applicant,
*(Full Name and Prisoner Number)*

v.

ROBERT ULIBARRI, Respondent,
*(Name of Warden, Superintendent, jailor or authorized person having custody of applicant) (Do not use et al.)*

and

The Attorney General of the State of

GARY K. KING, Additional Respondent.

APPLICATION FOR A WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

Note: If the applicant is attacking a judgment which imposed a sentence to be served in the future, applicant must fill in the name of the state where the judgment of conviction was entered. If the applicant has a sentence to be served in the future under a federal judgment, which he/she wishes to attack, he/she should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.

## CONVICTION UNDER ATTACK

1) Name and location of the court which entered the judgment of conviction under attack  2ND JUDICIAL DISTRICT COURT, COUNTY OF BERNALILLO STATE OF NEW MEXICO

2) Date judgment of conviction was entered  MAY 22, 2006

3) Case number  05-04632

4) Type and length of sentence imposed  (7) SEVEN YEARS

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion? Yes  X   No ___

6) Nature of the offense involved (all counts)  1 COUNT (SHOPLIFTING) 250°°
   1 COUNT (Commercial BURGLARY)

7) What was your plea? (check one)

   Not Guilty ___   Guilty  X   Nolo Contendere ___

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

8) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement  PLEd Guilty to Commercial Burglary - A Lesser OFFENSE of Count 1 (30-16-3) NM A Fourth degree Felony, Shoplifting (over $250°° (NM 30-16-20(A)) A Fourth degree Felony to Run Consecutive with A 4 year Habitual for A total of 7 years.

9) Kind of trial (check one)   Jury ___  Judge only ___

10) Did you testify at trial? Yes ___  No ___

## DIRECT APPEAL

11) Did you appeal from the judgment of conviction? Yes ___ No ___

12) If you did appeal, give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of the court's opinion or order):

_____

_____

_____

13) If you did not appeal, explain briefly why you did not:

Forfeited my right to appeal, when I signed the plea bargain.

a) Did you seek permission to file a late appeal? Yes ___ No X

## POST-CONVICTION PROCEEDINGS

14) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?   Yes X  No ___

15) If your answer to 14 was "Yes," give the following information:

　　a) FIRST petition, application or motion.

　　　　1. Name of court 2ND Judicial District Court Bernalillo, New Mexico

　　　　2. Nature of proceeding Habeas Petition

　　　　3. Claims raised Ineffective Assistance of Counsel - Challenges the conviction for Commercial Burglary based on 30-16-20 subsection C An individual charge with a violation of this section shall not be charge with a seperate or additional offense arising out of the same transaction

　　　　4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No X

　　　　5. Result Summarily Dismissal

　　　　6. Date of result 10-06

3

7. Did you appeal the result to the highest state court having jurisdiction? Yes _X_ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) Supreme Court of New Mexico - Certiorari - Denied April 24, 2007

8. If you did not appeal, briefly explain why you did not

b) As to any SECOND petition, application or motion, give the following information:

1. Name of court 2nd Judicial District Court Bernalillo County, New Mexico

2. Nature of proceeding Habeas Petition

3. Claims raised challenges conviction for commercial Burglary based on 30-16-20(c) which states "An Individual charged with violation of this section shall not be charged with a separate or additional offense arising out of the same transaction"

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes _X_ No ___

5. Result Petition Denied

6. Date of result December 04, 2007

7. Did you appeal the result to the highest state court having jurisdiction? Yes ___ No _X_ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____

4

8. If you did not appeal, briefly explain why you did not _I did Not Appeal Because I Received the Courts Judgement until after the dead line to File for certiorari had expired also. I Am Anxious to have this matter Resolved_

c) As to any THIRD petition, application or motion, give the following information:

1. Name of court ___N/A___

2. Nature of proceeding _____

3. Claims raised _____

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

5. Result _____

6. Date of result ___N/A___

7. Did you appeal the result to the highest state court having jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____

8. If you did not appeal, briefly explain why you did not _____

### CLAIMS

16) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

In order to proceed m federal court, you ordinarily must exhaust the remedies available to you m the state courts as to each claim on which you request action by the federal court.

Claim One: _Being Charged and convicted of Commercial Burglary is a direct violation of 30-16-20 subsection(C) which states "An Individual charged with a violation of this section shall not be charged with a separate or additional offense Arising" out of Same transaction_ (as well as shoplifting)

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in of this claim) _The State of New Mexico constructed this Law 30-16-20(C) to Avoid the over prosecution of possible violators. I believe this Law was constructed primarily to protect defendants from this type of situation._
_The State of New Mexico should have charge me, Barron Jones, with either shoplifting over 250 or Commercial Burglary._

(2) Statement of exhaustion of state remedies as to claim one:

Direct Appeal

(a) If you appealed from the judgment of conviction, did you raise this issue?
Yes ___ No ___

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not _____

Post-Conviction Proceedings

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes _X_ No ___

(d) If your answer to (c) is "Yes," state the type of motion or petitions, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

_Supplement for Writ of Habeas Corpus - 05-04632, 2nd Judicial District Court Bernalillo County, New Mexico / Denied 12-4-05_

(e) Did you receive an evidentiary hearing on your motion or petition? Yes _X_ No ___

6

(f) Did you appeal from the denial of your motion or petition?
Yes ___ No _X_

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No ___. and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

_____

(h) If your answer to question (e), (f) or (g) is "No," briefly explain  I did not appeal-via certiorari; because the deadline had expired. And furthermore I am anxious to have this matter resolved

**Other Remedies**

(i) Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

_____

_____

_____

Claim Two: _Ineffective Assistance of Counsel._

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in of this claim)  My attorney should have been aware of the statues concerning shoplifting 30-16-20(C). Instead of allowing me to be bullied by the state's prosecutors, with overcharging.

7

(2) Statement of exhaustion of state remedies as to claim two:

<u>Direct Appeal</u>

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes ___ No ___

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not _____

_____

<u>Post-Conviction Proceedings</u>

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes _✓_ No ___

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

<u>Supplement for Habeus Petition, 05-4632, 2nd Judicial District Court Bernalillo County, New Mexico / Denied</u>

(e) Did you receive an evidentiary hearing on your motion or petition? Yes ___ No ___

(f) Did you appeal from the denial of your motion or petition? Yes ___ No ___

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No ___, and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

_____

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

_____

8

Other Remedies

(i) Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

_____

_____

_____

**Claim Three:** COERCION - By surplusage of charges - Originally indicted for Aggravated Burglary as well as shoplifting for removing tags, shoplifting for concealment and Criminal Trespass.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in of this claim) The state charge me with Aggravated Burglary, two counts of shoplifting and criminal trespass. According to 30-16-20(e), the state of New Mexico had no right to charge me with two counts of shoplifting and Aggravated Burglary. I should have been charge with either 1 count of shoplifting or Aggravated Burglary not both. If I had been aware of the states limitations, I would have never signed a plea for commercial Burglary and shoplifting

(2) Statement of exhaustion of state remedies as to claim three:

Direct Appeal

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes ___ No ✓

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not  I did not appeal because I forfeited the appeal process with the signing of the plea agreement

Post-Conviction Proceedings

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes ✓ No ___

9

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

_Habeas Corpus Petition, 2nd Judicial District Court Bernalillo County_
_New Mexico - Summarily Dismissed 10/06_

(e) Did you receive an evidentiary hearing on your motion or petition?
Yes ___ No _X_

(f) Did you appeal from the denial of your motion or petition?
Yes _●_ No _X_

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes _X_ No ___. and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)

_My Attorney John Walker did not feel this issue was pertinent to_
_my second state Habeas petition_

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

### Other Remedies

(i) Describe all other procedures (such as habeas corpus in the state supreme court, administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

_N/A_

17) Have all claims for relief raised in this petition been presented to the highest state court having jurisdiction? Yes _✓_ No ___

18) If you answered "No" to question 17, state which claims have not been so presented and briefly give your reasons(s) for not presenting them _____

_____

_____

19) If any of the claims listed in this application were not previously presented in any other court, state or federal, state briefly what claims were not so presented, and give your reasons for not presenting them _____

_____

_____

20) Have you previously filed any type of petition, application or motion in a federal court regarding the conviction under attack? Yes ___ No X

If "Yes," answer the following and attach a copy of the court's decision for each petition, application, or motion filed:

    a)    Name and location of court _____

    b)    Type of proceeding _____

    c)    The issues raised _____

    d)    The result _____

## SUCCESSIVE APPLICATIONS

This court is required to dismiss any claim presented in a second or successive petition that the federal court of appeals has authorized to be filed unless the applicant shows that each claim satisfies the requirements of 28 U.S.C. § 2244, *as amended by* Tide I of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, § 106, 1 10 Stat. 1214 (Apr. 24, 1996).

21) If you are raising a claim which you have not presented in a prior application, have you obtained an order from the United States Court of Appeals for the Tenth Circuit authorizing this district court to consider the application? Yes ___ No ___ Please attach a copy of the order.

22) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack? Yes ___ No _X_ If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding

_____

_____

## LEGAL REPRESENTATION

23) Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing __N/A_____

_____

(b) At arraignment and plea __Jim Loonam, 505 Central, NW__

__Albuquerque, New Mexico  87102__

(c) At trial __"_____"__

_____

(d) At sentencing __Jim Loonam, 505 Central, NW__

__Albuquerque, New Mexico  87102__

(e) On appeal _____

_____

(f) In any post-conviction proceeding __John Walker  505 Central Ave. NW__

__Albuquerque, New Mexico 87102__

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

## OTHER CONVICTIONS

24) Were you sentenced on more than one count of an indictment or on more than one indictment, in the same court and at the same time? Yes _X_ No ___

12

25) Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ___ No _X_

    (a) If so, give name and location of court which imposed sentence to be served in the future _____

_____

    (b) and give date and length of service to be served in the future _____

_____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ___ No ___

Wherefore, applicant prays that the court grant him such relief to which he may be entitled in this proceeding.

_____       _Barron Jones_____
Signature of Attorney (if any)                     Applicant's Original Signature

_____

_____

Attorney's Full Address and
Telephone Number


### DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the applicant in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U. S. C. § 1746; 18 U. S. C. § 1621.

Executed at _CNMCF-Los Lunas NM_ on _2-06-08_
             (Location)          (Date)

                                   _Barron Jones_____
                                    Applicant's Original Signature

THE SUPREME COURT OF THE STATE OF NEW MEXICO

April 24, 2007

NO. 30,265

BARRON LAMONT JONES,

    Petitioner,

v.

STATE OF NEW MEXICO,

    Respondent.

                                      Bernalillo
                                     District Court
                             CR-05-4632/CR-06-2200

ORDER

This matter coming on for consideration by the Court upon Petition for Writ of Certiorari filed pursuant to Rule 12-501 of the Rules of Appellate Procedure, and the Court having considered said petition, and being sufficiently advised, Chief Justice Edward L. Chávez, Justice Pamela B. Minzner, Justice Patricio M. Serna, Justice Petra Jimenez Maes, and Justice Richard C. Bosson concurring;

NOW, THEREFORE, IT IS ORDERED that the Petition for Writ of Certiorari is denied.

IT IS SO ORDERED.

( S E A L )

WITNESS, The Hon. Edward L. Chávez, Chief Justice of the Supreme Court of the State of New Mexico, and the seal of said Court this 24th day of April, 2007.

_Madeline Garcia_
Madeline Garcia, Chief Deputy Clerk

ATTEST: A TRUE COPY
_Madeline Garcia_
Clerk of the Supreme Court
of the State of New Mexico

SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO
STATE OF NEW MEXICO

ENDORSED
FILED IN MY OFFICE THIS

MAY 0 3 2007

*Juanita M. Duran*
CLERK DISTRICT COURT

BARRON JONES,
      Defendant,

No. D-0202-CR-2005-04632

vs.

STATE OF NEW MEXICO,
      Plaintiff.

## AMENDED ORDER OF APPOINTMENT

**THIS MATTER HAVING COME BEFORE** the Court and the Court being fully advised of the circumstances;

**THE COURT FINDS:**

[x] 1. The Defendant is incarcerated.
[ ] 2. The Defendant is not incarcerated.

**THE COURT FURTHER FINDS:**

[x] 1. The Defendant is indigent and is unable to obtain counsel. (Check box 1 below).
[ ] 2. The Defendant is not indigent and is unable to obtain counsel. (Check box 2 below).

**IT IS THEREFORE ORDERED THAT:**

[x] 1. The Public Defender Department is hereby appointed to represent the defendant in the above-entitled cause without payment of the application fee.
[ ] 2. The defendant shall reimburse the State of New Mexico in an amount of not less than $ _____ for legal representation and related expenses.
[x] 3. Petitioner's counsel shall file an Amended Petition or Notice of Non-Intent to file an Amended petition within **90 days** of the date of the filing of the Order.

ROSS C. SANCHEZ
_____
Ross C. Sanchez
DISTRICT JUDGE

**IMPORTANT NOTICE:** If the Public Defender Department is appointed, please mail a copy of the ORDER OF APPOINTMENT and a copy of the PRO-SE Petition to the Post-Conviction/Habeas Division, Office of the Public Defender, 505 Central Ave., NW, Albuquerque, NM 87102.