# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

BARRON LAMONT JONES,

        Petitioner,

vs.                                            Civil No. 08-168 WJ/RHS

ROBERT ULIBARRI, Warden, et al.,

        Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), filed October 1, 2008 **[Doc. No. 22]**.  No objections have been filed regarding the PFRD.  Having reviewed the same, the Court will adopt the proposed findings and recommended disposition of the United States Magistrate Judge.  Accordingly, Petitioner's application for a writ of habeas corpus will be denied and this civil proceeding will be dismissed.

        **WHEREFORE,**

        **IT IS ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge **[Doc. No. 22]** are adopted by the Court;

        **IT IS FURTHER ORDERED** that Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody **[Doc. No. 1]** is **DENIED** and this civil proceeding is **DISMISSED** with prejudice; and

**IT IS FURTHER ORDERED** that any pending motions are **DENIED** as moot.

_____
UNITED STATES DISTRICT JUDGE