# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

BARRON LAMONT JONES,

      Petitioner,

vs.                                                                                       Civil No. 08-168 WJ/RHS

ROBERT ULIBARRI, Warden, et al.,

      Respondents.

## **JUDGMENT**

THIS MATTER having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, and consistent with the order accompanying this judgment;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody **[Doc. No. 1]** is **DENIED** and this civil proceeding is DISMISSED WITH PREJUDICE.

                                                                          _____

                                                                             UNITED STATES DISTRICT JUDGE